IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE BARRON, #01805-180, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:08-CV-0668-K |
| | ) | |
| DAVID BERKEBILE, | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

Respondent's Objections to the Findings, Conclusions and Recommendation of the Magistrate Judge are **OVERRULED**.

SO ORDERED

Signed this 30th day of October, 2008.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE